No. 6944.—ASENCIO, apldo. *v.* RODRÍGUEZ, aplte.—C. D. Mayagüez. Febrero 5, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

No habiendo presentado el demandado en la corte inferior la fianza requerida por la ley de desahucio para su apelación contra la sen-

_____

(¹) Recurso Gubernativo.

tencia dictada por dicha corte el 6 de noviembre de 1934 se desestima el presente recurso.